IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS UNITED, <br> 1006 Pennsylvania Avenue, S.E. <br> Washington, DC 20003 <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES NATIONAL <br> ARCHIVES AND RECORDS <br> ADMINISTRATION, <br> 700 Pennsylvania Ave., N.W. <br> Washington, D.C. 20408 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 15-cv-1751 |

**COMPLAINT**

Plaintiff Citizens United brings this action against Defendant the United States National Archives and Records Administration ("National Archives") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges the following:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

**PARTIES**

3. Plaintiff Citizens United is a Virginia non-stock corporation with its principal place of business in Washington, D.C. Citizens United is organized and operated as a non-profit membership organization that is exempt from federal income taxes under Section 501(c)(4) of

the U.S. Internal Revenue Code. Citizens United seeks to promote social welfare through informing and educating the public on conservative ideas and positions in issues, including national defense, the free enterprise system, belief in God, and the family as the basic unit of society. In furtherance of those ends Citizens United produces and distributes documentary films on matters of public importance. Citizens United regularly requests access to the public records of federal government agencies, entities, and offices, to disseminate its findings to the public through its documentary films.

4. Defendant, the National Archives, is an agency of the United States Government and is headquartered at 700 Pennsylvania Ave. N.W., Washington, D.C. 20408. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. Citizens United routinely submits Freedom of Information Act requests and this matter concerns a FOIA request letter that Defendant has failed to respond to.

6. On June 12, 2015 Citizens United submitted a FOIA request, online, to Defendant. *See* Exhibit A (FOIA Request and Acknowledgement Letter). The request sought:

> On April 24 and April 28, 2015, the National Archives and Records Administration (NARA) reviewed certain emails of former Secretary Hillary Clinton in order to determine whether they constituted records under the Federal Records Act (FRA) or were personal, non-FRA records. See Letter from Paul M. Wester, Jr., Chief Records Officer For The U.S. Government, to Margaret P. Grafeld, Deputy Assistant Secretary for Global Information Services, Department of State (May 6, 2015) (enclosed).
>
> Pursuant to the Freedom of Information Act, please provide any and all correspondence, schedules, memoranda, attendee lists, and any other records related to the planning, attendance, and methodology used by NARA pertaining to the above-referenced review.

7. Defendant acknowledged receipt of Citizens United's FOIA request and assigned it FOIA Request Number NARA-NGC-2015-000436, in an email dated June 16, 2015. *See* Exhibit A.

8. After three months of silence, Citizens United contacted the Defendant to inquire about the status of its FOIA request. *See* Exhibit B (FOIA Inquiry Email).

9. Citizens United received no response to its inquiry. In fact, as of the date of this Complaint, Defendant has failed to produce any records responsive to Citizens United's June 12, 2015 FOIA request or assert any claims that responsive records are exempt from production.

10. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to Citizens United's FOIA requests within twenty working days of each request.

11. With regards to Citizens United's FOIA request, the statutory deadline has passed and Defendant has failed to provide a substantive response to Citizens United's FOIA request.

12. In the four months that have passed since Defendant received Citizens United's FOIA request Defendant has not indicated whether or when any responsive records will be produced. In short, Defendant has failed to comply with Citizens United's request for documents.

13. Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i) Citizens United is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests. 5 U.S.C. § 552(a)(6)(C).

### COUNT 1
**(Violation of FOIA, 5 U.S.C. § 552)**

14. Plaintiff realleges paragraphs 1 through 13 as though fully set forth herein.

15. Defendant has failed to make a determination regarding Citizens United's June 12, 2015 FOIA request (NARA-NGC-2015-000436) for records pertaining to Defendant's

review of Secretary Hillary Clinton's emails within the statutory time limit and is unlawfully withholding records requested by Citizens United pursuant to 5 U.S.C. § 552.

16. Citizens United is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Citizens United will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## PRAYER FOR RELIEF

17. WHEREFORE, Plaintiff Citizens United requests that the Court grant all appropriate relief for the violation alleged above, including:

   a. An order and judgment requiring the Defendant to conduct a search for any and all responsive records to Citizens United's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Citizens United's request;

   b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to Citizens United's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption;

   c. An order and judgment permanently enjoining Defendants from continuing to withhold any and all non-exempt records responsive to Citizens United's FOIA request;

   d. Attorneys' fees and costs pursuant to any applicable statute or authority, including 5. U.S.C. § 552(a)(4)(E); and

   e. Any other relief that this Court in its discretion deems just and proper.

Dated: October 21, 2015

Respectfully submitted,

CITIZENS UNITED

/s/ *R. Christian Berg*
Ralph Christian Berg
D.C. Bar No. 496321
chris@chrisberglaw.com
1006 Pennsylvania Avenue, S.E.
Washington, DC 20003
(202) 547-5420

*Attorney for Plaintiff*